

1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**
       **CENTRAL DISTRICT OF CALIFORNIA**
9
10 | UNITED STATES OF AMERICA,        )  Case No.:
11 |                Plaintiff,        )
                                      )  ORDER OF DETENTION
12 |                                  )
                   vs.                )  [Fed. R. Crim. P. 32.1(a)(6);
13 |                                  )   18 U.S.C. § 3143(a)]
   | Kenneth Lamar Green              )
14 |                                  )
                   Defendant.         )
15 |_____)
16
17       The defendant having been arrested in this District pursuant to
18 a warrant issued by the United States District Court for the
19 _Central Dist of Cal_ for alleged violation(s) of the terms and
20 conditions of his/~~her~~ [~~probation~~] [supervised release]; and
21       The Court having conducted a detention hearing pursuant to
22 Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
23       The Court finds that:
24 A.   (X) The defendant has not met his/her burden of establishing by
25 clear and convincing evidence that he/she is not likely to flee
26 if released under 18 U.S.C. § 3142(b) or (c). This finding is
27 based on _alleged failure to appear for drug tests: and_
28

1 _inability to comply with supervision_

2 _____

3 _____

4   and/or

5 B.  (✗) The defendant has not met his/her burden of establishing by
6      clear and convincing evidence that he/she is not likely to pose
7      a danger to the safety of any other person or the community if
8      released under 18 U.S.C. § 3142(b) or (c). This finding is based
9      on: _history of substance abuse_

10 _____

11 _____

12 _____

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

16

17 Dated: _10/23/08_

18

19                                    _____
20                                    UNITES STATES MAGISTRATE JUDGE